# FRIEDMAN & WOLF

ATTORNEYS AT LAW

1500 BROADWAY

NEW YORK, NEW YORK 10036

(212) 354-4500

EUGENE S. FRIEDMAN
WILLIAM K. WOLF
MICHAEL BAUMAN
WILLIAM ANSPACH
ERINN WEEKS WALDNER
NATHAN V. BISHOP

ELISE S. FELDMAN
JAE W. CHUN
ANUSHA RASALINGAM
DOUGLAS L. SANDERS

Fax: (212) 719-9072
www.friedmanwolf.com

January 7, 2011

VIA ECF

The Hon. Leonard D. Wexler, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          Re: La Barbera v. Global Environmental
             Technologies, Inc., CV-07-2794
             (LDW)(AKT)

Dear Judge Wexler:

      We are counsel to the Trustees and fiduciaries (the "Trustees") of the Local 282 Trust Funds (the "Funds"), Plaintiffs in the above-referenced action. We write, on consent of Defendant Global Environmental Technologies, Inc., to request that Section I(A)(1) of the pretrial order approved on December 8, 2010 be amended to add Jae W. Chun of our offices as counsel for Plaintiffs.

      Thank you for your consideration..

                              Respectfully submitted,
                              /s/
                              Nathan V. Bishop

cc: The Hon. A. Kathleen Tomlinson, U.S.M.J. (via first class mail)
     Suzanne Harmon Ziskin, Esq. (via first class mail)

109656

